# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **BOARD OF TRUSTEES OF IBEW LOCAL NO. 82 PENSION FUND, et al.** | : | CASE NO. 3:16cv481 |
| | : | |
| Plaintiffs, | | |
| | | JUDGE WALTER H. RICE |
| v. | : | |
| | | |
| **BRIGHT STREET, LLC, et al.** | : | |
| | | |
| Defendants. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for purposes of conducting a mediation on or after August 15, 2020.

Dated: August 6, 2020

_Walter H. Rice_ (tp - per Judge Rice authorization)
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT